IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TANCI ISSA BALZAN, | § | |
| Petitioner, | § | |
| V. | § | No. 3:13-cv-901-N |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

SO ORDERED this 25th day of March, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE